UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHELSEA ELLIOT and JEANNE MANSFIELD.,

                            Plaintiffs,

            -against-

THE CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT, INSPECTOR ANTHONY BOLOGNA
and JOHN DOES 1-50,

                            Defendants.

------------------------------------------------------------------------ x

**ANSWER TO CROSS CLAIMS ON BEHALF OF THE CITY OF NEW YORK**

**12 CV 0992 (RWS)**

Jury Trial Demanded

        Defendant the City of New York ("City"), by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for its answer to the cross claims of Inspector Anthony Bologna, respectfully alleges, upon information and belief, as follows:

        1.        Denies the allegations set forth in cross claim "1" by Inspector Bologna.

        2.        Denies the allegations set forth in cross claim "2" by Inspector Bologna.

        3.        Denies the allegations set forth in cross claim "3" by Inspector Bologna.

        4.        Denies the allegations set forth in paragraph "48" of cross claim "4" by Inspector Bologna.

        5.        Denies the allegations set forth in paragraph "49" of cross claim "4" by Inspector Bologna.

        6.        Denies the allegations set forth in paragraph "50" of cross claim "4" by Inspector Bologna.

- 2 -

**WHEREFORE,** defendant the City of New York requests judgment dismissing the complaint and cross claims in their entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
           July 20, 2012

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the
                       City of New York
                    *Attorney for Defendant City of New York*
                    100 Church Street
                    New York, New York 10007

           By:    /s/
                    Dara L. Weiss
                    Senior Counsel

To:    BY ECF
Aymen A. Aboushi, Esq.
*Attorney for Plaintiff*


Louis C. LaPietra, Esq.
*Attorney for Inspector Bologna*